UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LYNDA G. DODD,

                                Plaintiff,

-v-

CITY UNIVERSITY OF NEW YORK, VINCENT
BOUDREAU, BRUCE CRONIN, PAUL
OCCHIOGROSSO, MARY ERINA DRISCOLL, KEVIN
FOSTER, JOHN KRINSKY, RAJAN MENON, and
VIVIEN TARTTER,

                                Defendants.

------------------------------------------------------------X

17 Civ. 9932 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

The Court has reviewed and approves of plaintiff's proposed redactions to Exhibits 29, 101, 290, 303–05, 309, 313–15, 327, 336, 355, 368, and 373.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 26, 2019
       New York, New York