UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
LYNDA G. DODD,

                Plaintiff,

  - against -

THE CITY UNIVERISTY OF NEW
YORK, VINCENT BOUDREAU, BRUCE
CRONIN, PAUL OCCHIOGROSSO,
MARY ERINA DRISCOLL, KEVIN
FOSTER, JOHN KRINSKY, RAJAN
MENON, and VIVIEN TARTTER,

                Defendants.
----------------------------------X

17 Civ. 9932 (PAE)

SEALING ORDER

       This Order addresses plaintiff's request to redact and file under seal Exhibit 1 to Supplemental Declaration of Anne L. Clark in Opposition to Defendants' Motion for Summary Judgment. The proposed material reflects information that is not published in the normal couse of business and which non-party witness Michele A. Baptiste has requested be filed under seal.

       **THEREFORE**, plaintiff's request to file under seal Exhibit 1 to the Supplemental Declaration of Anne L. Clark is **GRANTED**.

       IT IS SO ORDERED.

Dated:    December 6, 2019
              New York, New York

                                      *Paul A. Engelmyer*
                                      U.S.D.J.