UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LYNDA G. DODD,

                Plaintiff,

        - against -

THE CITY UNIVERISTY OF NEW YORK, VINCENT BOUDREAU, BRUCE CRONIN, PAUL OCCHIOGROSSO, MARY ERINA DRISCOLL, KEVIN FOSTER, JOHN KRINSKY, RAJAN MENON, and VIVIEN TARTTER,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

17 Civ. 9932 (PAE)

<u>SEALING ORDER</u>

        This Order addresses plaintiff's request to withdraw Exhibit 349 of the Declaration of Anne L. Clark, ECF No. 120 from ECF and re-file it under seal. The proposed material reflects information that is not published in the normal course of business.

        **THEREFORE**, plaintiff's request to withdraw Exhibit 349 of the Declaration of Anne L. Clark, ECF No. 120 from ECF is **GRANTED**, and I further **GRANT** plaintiff leave to re-file Exhibit 349 of the Declaration of Anne L. Clark, ECF No. 120, under seal.

        IT IS SO ORDERED.

Dated:     December 9, 2019
             New York, New York

                                                    _____
                                                    Paul A. Engelmayer
                                                    United States District Judge