UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYNDA G. DODD,

                                              Plaintiff,

              -v-

THE CITY UNIVERSITY OF NEW YORK,
VINCENT BOUDREAU, BRUCE CRONIN,
PAUL OCCHIOGROSSO, MARY IRINA
DRISCOLL, KEVIN FOSTER, JOHN KRINSKY,
RAJAN MENON, and VIVIEN TARTTER,

                                              Defendants.

17 Civ. 9932 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court today issued an opinion and order granting in part and denying in part defendants' motion for summary judgment as to plaintiff Lynda Dodd's claims under the NYSHRL and NYCHRL.  The decision leaves in place Dodd's claims against the City University of New York, Vincent Boudreau, Bruce Cronin, and John Krinsky.

This case will now proceed to trial on the surviving claims.  The Court's intention is to hold this trial during the first quarter of 2021.  Accordingly, the Court sets a deadline of October 26, 2020, for the parties to submit a proposed joint pretrial order and all other pretrial filings required by the Court's Individual Rule 5.A–B, including any motions in limine.  Any filings in opposition to motions in limine will be due November 2, 2020, pursuant to the Court's Individual Rule 5.D.  Unless otherwise ordered, courtesy copies shall be submitted via email to EngelmayerNYSDChambers@nysd.uscourts.gov, not in hard copy.

The Court further sets a final pretrial conference for Monday, November 9, 2020, at 2:00 p.m.  The purpose of the conference will be for the Court to review the joint pretrial order with

counsel, to discuss with counsel and set a trial date, and, potentially, to resolve motions in limine. Counsel should be prepared to address these matters at the conference. In light of the current public health crisis, the conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

    SO ORDERED.

<em>Paul A. Engelmayer</em><br>
PAUL A. ENGELMAYER<br>
United States District Judge

Dated: September 25, 2020
      New York, New York