UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNDA G. DODD,<br><br>                              Plaintiff,<br><br>—v—<br><br>THE CITY UNIVERSITY OF NEW YORK,<br>VINCENT BOUDREAU, BRUCE CRONIN,<br>and JOHN KRINSKY,<br><br>                              Defendants. | 17 Civ. 9932 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

On February 5, 2021, the parties provided the Court with their availability for trial in the second quarter of 2021. In light of that availability, the Court requested June 28, 2021 for trial, *see* Dkt. 147, and the Clerk's Office has notified the Court that this case has been designated the primary case on **June 30, 2021**. The case must be trial-ready for that date. Absent a settlement or other extraordinary circumstances, trial will go forward on that date.

The Court previously entered a schedule for the submission of joint pretrial materials, which are due April 9, 2021, and oppositions to motions *in limine*, which are due May 7, 2021. *See* Dkt. 149. A final pretrial conference is scheduled for June 2, 2021, at 2:00 p.m. *See id.* Those deadlines remain in place.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 1, 2021
New York, New York