# VLADECK, RASKIN & CLARK, P.C.

ANNE L. CLARK
212.403.7332
AClark@vladeck.com

April 9, 2021

**VIA ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

   Re: Dodd v. City Univ. of New York, 17 Civ. 9932 (PAE)

Dear Judge Engelmayer:

  We represent plaintiff, Lynda G. Dodd ("Dodd" or "plaintiff"), in the above-referenced action. Pursuant to Rules 4.B. and 6.B. of the Court's Individual Rules and Practices in Civil Cases (the "Court's Individual Rules"), we write jointly with counsel for defendants respectfully to request permission to redact and file under seal Exhibit A to the parties' Joint Pretrial Order ("JPTO"). Exhibit A is the parties' Joint Statement of Stipulated Facts ("JSF").

  The exhibit plaintiff requests permission to file under seal and with redactions is an exhibit that defendants have designated "Confidential" pursuant to the Stipulation and Order Concerning the Designation and Use of Confidential Materials (the "Confidentiality Order). (Dkt. 31) Defendants requested that plaintiff make this request consistent with obligations under the Confidentiality Order. (See id. at ¶ 12(a)).  The proposed redactions to this exhibit are in paragraphs 54, 92, 98, 101, 102, 104, 107, 110, 116, 117 and 118. The JSF is, with the exception of several minor edits, substantively the same as the JSF filed in support of defendants' motion for summary judgment (Dkt. 84), and the redactions are identical to defendants' redactions to that JSF. The Court granted defendants' previous request to file the JSF with redactions and under seal. (Dkt. 86)

Hon. Paul A. Engelmayer
April 9, 2021
Page 2

      In accordance with Rule 6.B. of the Court's Individual Rules, plaintiff shall deliver by email a copy of Exhibit A to the JPTO with highlighting to show the information that will be redacted from materials filed via ECF. As indicated above, defendants consent to this request.

                                               Respectfully submitted,

                                               */s/ Anne L. Clark*

                                               Anne L. Clark

ALC:em

Cc (via ECF): Counsel of Record

> Granted. In accord with the Court's Individual Rule 4(B)(2), however, the parties are directed also to file an unredacted copy of the JSF, under seal, on the docket of the case. Going forward, the parties should file proposed sealed submissions on the docket and need not email those submissions to chambers, as is currently outlined in Individual Rule 6(B).
>
> The Clerk of Court is respectfully directed to terminate the motion pending at docket 161.
>
> SO ORDERED.
>
>                 *Paul A. Engelmayer*
>                 PAUL A. ENGELMAYER
> April 12, 2021   United States District Judge

1155224 v1