UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNDA G. DODD,<br><br>           Plaintiff,<br>    -v-<br><br>CITY UNIVERSITY OF NEW YORK,<br> VINCENT BOUDREAU, BRUCE CRONIN,<br> and JOHN KRINSKY,<br><br>           Defendants. | 17 Civ. 9932 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

  A final pretrial conference is scheduled in this case for June 1, 2021, at 2:00 p.m. In light of improving public-health conditions and the importance of the conference to this matter, that conference will now be held in-person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007, on the same date and at the same time. In advance of that conference, all participants are directed promptly to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain entry to the courthouse next week.

  SO ORDERED.

                     *Paul A. Engelmayer*
                     PAUL A. ENGELMAYER
                     United States District Judge

Dated: May 25, 2021
    New York, New York