UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNDA G. DODD,

Plaintiff,

-v-

CITY UNIVERSITY OF NEW YORK,
VINCENT BOUDREAU, BRUCE CRONIN,
and JOHN KRINSKY,

Defendants.

17 Civ. 9932 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court issued a bench ruling resolving plaintiff's motion *in limine* and most of the defendants' motions *in limine*. The Court reserved decision on one of defendants' motions and will resolve that motion in due course.

At that conference, the Court directed the parties to submit, consistent with those rulings, a revised joint proposed pretrial order and exhibits, which substantially narrows the range of evidence to be received at trial. That revised submission is due by June 11, 2021. By the same date, the parties are also directed to submit joint proposed limiting instructions as to (1) pre-settlement events (*i.e.*, those events occurring on or before June 8, 2016); and (2) the Baptiste report and related evidence. As to the latter, the parties shall also, by the same date, submit proposed redactions of and/or stipulations as to the Baptiste report, consistent with the Court's bench ruling.

As discussed at today's conference, the Court will schedule another conference to address the parties' remaining disputes closer to the June 30, 2021 trial, and after a trial on the Court's criminal docket that is scheduled to begin tomorrow, June 2, 2021.

The Clerk of Court is respectfully directed to terminate the motions pending at dockets 155, 162, 164, 166, 168, and 172.

SO ORDERED.

_Paul A. Engelmayer_

PAUL A. ENGELMAYER
United States District Judge

Dated: June 1, 2021
New York, New York