UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LYNDA G. DODD, | |
|---|---|
| Plaintiff, | |
| - against - | 17-CV-9932 (PAE) |
| THE CITY UNIVERSITY OF NEW YORK, VINCENT BOUDREAU, BRUCE CRONIN, PAUL OCCHIOGROSSO, MARY ERINA DRISCOLL, KEVIN FOSTER, JOHN KRINSKY, RAJAN MENON, and VIVIEN TARTTER, | **ORDER TO AMEND CASE CAPTION** |
| Defendants. | |

WHEREAS, Plaintiff commenced this action, Case Number 17-CV-9932, by filing a complaint in this Court on or about December 20, 2017 (the "Complaint") against Defendants the City University of New York, Vincent Boudreau, Bruce Cronin, Mary Erina Driscoll, Kevin Foster, John Krinsky, Rajan Menon, Paul Occhiogrosso, and Vivien Tartter, alleging claims pursuant to the Rehabilitation Act, 29 U.S.C. § 794(d) against CUNY; the New York State Human Rights Law, N.Y. Exec. Law § 290 *et seq.* ("NYSHRL") and the New York City Human Rights Law, N.Y.C. Admin. Code § 8-101 *et seq.* ("NYCHRL") against the individual defendants in their individual capacities; and a breach of contract claim against CUNY (ECF Doc. 1); and

WHEREAS, Plaintiff filed an Amended Complaint in this Action on or about March 28, 2018, withdrawing the breach of contract claim against CUNY (ECF Doc. 17); and

WHEREAS, Plaintiff filed a Second Amended Complaint in this Action on or about September 11, 2018, adding claims under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*("ADA") against Boudreau in his official capacity, (ECF Doc. 39); and

WHEREAS, the Court dismissed Plaintiff's claims against Mary Erina Driscoll, Kevin Foster, Rajan Menon, Paul Occhiogrosso, and Vivien Tartter, on or about September 25, 2020 (ECF Doc.137);

NOW THEREFORE, IT IS HEREBY ORDERED that the case caption should be amended to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LYNDA G. DODD, | |
|---|---|
| Plaintiff, | |
| - against - | 17-CV-9932 (PAE) |
| THE CITY UNIVERSITY OF NEW YORK, VINCENT BOUDREAU, BRUCE CRONIN, and JOHN KRINSKY, | |
| Defendants. | |

**SO ORDERED:**

_Paul A. Engelmayer_
The Honorable Paul A. Engelmayer
United States District Judge

Dated: June 3, 2021 , 2021