UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNDA G. DODD,

                                        Plaintiff,                    17 Civ. 9932 (PAE)

                        -v-                                           ORDER

CITY UNIVERSITY OF NEW YORK,
VINCENT BOUDREAU, BRUCE CRONIN,
and JOHN KRINSKY,

                                        Defendants.

PAUL A. ENGELMAYER, District Judge:

        The Court has received a letter from counsel reporting that the parties have reached a

settlement in principle.  Dkt. 212.  The Court congratulates the parties on this outcome and

thanks counsel again for their collegiality, professionalism, and vigorous and effective advocacy

in preparing the many pretrial submissions that have been filed in recent weeks.

        The Court understands that counsel would like to adjourn the final pretrial conference

scheduled for Monday, June 21, 2021, at 2:30 p.m., at which the Court planned to resolve all

pending pretrial motions and objections.  The Court is open to doing so.  However, before

adjourning that conference and the June 30 trial date, the Court wishes to have a telephonic

conference with counsel.  The Court's purpose is to assure itself that this settlement is firm and

certain, and to underscore for the parties that insofar as the Southern District of New York has

set aside a scarce three-week jury trial slot in a COVID-equipped courtroom for this case

beginning June 30, 2021, the Court will not entertain a later jury trial date for this matter if the

settlement falls through.

A telephonic conference for this purpose will be held at 9 a.m. on Monday, June 21, 2021. This time cannot be rescheduled. Because the conference will concern settlement, it is properly held off the record. The Court's law clerk will separately send counsel password-protected information for accessing the call.

SO ORDERED.

Paul A. Engelmayer

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 19, 2021
      New York, New York